# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RODERICK CARMICHAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00303-ACA-JHE |
| ) | |
| WEXFORD HEALTH SOURCES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff Roderick Carmichael filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On June 28, 2022, the magistrate judge ordered him to amend his complaint by July 19, 2022. (Doc. 3). When Mr. Carmichael failed to file an amended complaint by that deadline, the magistrate judge entered another order requiring him to file an amended complaint by August 15, 2022 and warning him that if he did not do so, the court might dismiss the action under Federal Rule of Civil Procedure 41(b). (Doc. 4). Mr. Carmichael did not comply with that order, so the magistrate judge entered a report recommending the court dismiss this action for Mr. Carmichael's failure to comply with a court order. (Doc. 5). Although the magistrate judge advised Mr. Carmichael of his right to file objections within fourteen days, the court has not received any objections within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, this court **WILL DISMISS** this action **WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this September 19, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE