# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RODERICK CARMICHAEL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00303-ACA-JHE |
| WEXFORD HEALTH SOURCES, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff Roderick Carmichael filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 13). On June 16, 2023, the magistrate judge entered a report recommending dismissal of Mr. Carmichael's Eighth Amendment medical claims against Wexford Health Sources, Inc. and Charles Hooper for failure to state a claim upon which relief may be granted. (Doc. 15 at 4–6). The magistrate judge further recommended referring Mr. Carmichael's Eighth Amendment medical claim against Nurse Finley to the magistrate judge for further proceedings. (*Id.* at 6–7). Although the magistrate judge advised Mr. Carmichael of his right to file specific written objections within fourteen days and the consequences of any failure to object (*id.* at 7–8), the court has not received any objections.

Mr. Carmichael's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **DISMISSES** Mr. Carmichael's Eighth Amendment medical claims against Wexford Health Sources, Inc. and Dr. Hooper **WITHOUT PREJUDICE**. The court **REFERS** Mr. Carmichael's Eighth Amendment medical claim against Nurse Finley to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this July 17, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE